MICHAEL W. RUPPRECHT, ESQ. (SB #62595)
VALERIE A. KRAML, ESQ. (SB #266933)
GVM LAW, LLP
1000 Main Street, Suite 300
Napa, CA 94559
707/252-9000
Fax: 707/252-0792
E-mail: mrupprecht@gvmlaw.com
         vkraml@gvmlaw.com

Attorneys for Plaintiffs, EDMOND F. BROVELLI, JR.,
Individually, and as Trustee of THE BROVELLI FAMILY
TRUST 2A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND F. BROVELLI, JR., Individually, and as Trustee of THE BROVELLI FAMILY TRUST 2A, <br><br> Plaintiffs, <br><br> vs. <br><br> INDEPENDENCE REALTY OPERATING PARTNERSHIP, LP, a Delaware limited partnership; INDEPENDENCE REALTY TRUST, INC., a Maryland corporation; INDEPENDENCE REALTY ADVISORS, LLC, a Delaware limited liability company; IRT CARRINGTON APARTMENTS OWNER, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 3:20-cv-08000 <br><br> ***AMENDED*** STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE <br><br> HON. CHARLES R. BREYER |

This Stipulation is entered into by and among Plaintiffs, EDMOND F. BROVELLI, JR., Individually, and as Trustee of THE BROVELLI FAMILY TRUST 2A ("Plaintiffs"), and Defendants, INDEPENDENCE REALTY OPERATING PARTNERSHIP, LP, a Delaware limited partnership; INDEPENDENCE REALTY TRUST, INC., a Maryland corporation; INDEPENDENCE REALTY ADVISORS, LLC, a Delaware limited liability company; IRT CARRINGTON APARTMENTS OWNER, LLC, a Delaware limited liability company,

1

(collectively, "Defendants"), by and through their respective attorneys of record.

## **RECITALS**

WHEREAS, on July 31, 2020, Independence Realty Trust, Inc. and Independence Realty Operating Partnership, LP filed a lawsuit against USA Carrington Park 20, LLC, in the Superior Court of the State of Delaware, Case No. N20C-07-316-FWW (the "Delaware Action");

WHEREAS, on November 13, 2020, Plaintiffs filed their Complaint in this matter (the "California Action") [Dkt. 1];

WHEREAS, on March 12, 2021, Defendants filed a Motion to Dismiss or Stay Pursuant to the First-to-File Rule and Dismiss Pursuant to F.R.C.P. 12(b)(1) & (6) [Dkt. 23].

## **STIPULATION**

IT IS HEREBY STIPULATED by and between all parties, by and through their respective counsel, as follows:

1.  The parties agree to a voluntary dismissal without prejudice of the California Action;
2.  The parties agree that each party shall bear its own attorneys' fees, expenses and costs;
3.  The parties agree that Plaintiffs may, have the right to, and shall file a pleading in the Delaware Action against Defendants, including all of the causes of action and allegations in or relating to the California Action;
4.  The parties agree that Defendants do not waive and hereby explicitly preserve any and all defenses available to them as to any claims, including the claims filed in this Action, that any of the Plaintiffs shall file in the Delaware Action, and that Defendants may assert those defenses in any form or on any motion that they believe appropriate in the Delaware Action; provided, however, that Defendants do not have and shall not assert the defense of collateral estoppel or the doctrine of res judicata in the Delaware Action with respect to the claims and allegations asserted in the California Action that will be asserted in the Delaware Action; and
5.  The parties agree that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

///

IT IS SO STIPULATED.

Dated: April 9, 2021                                GVM LAW, LLP


By   */s/ Michael W. Rupprecht*
     MICHAEL W. RUPPRECHT
     Attorneys for Plaintiffs, EDMOND F.
     BROVELLI, JR., Individually and as Trustee
     of THE BROVELLI FAMILY TRUST 2A

Dated: April 9, 2021                                COZEN O'CONNOR


By   */s/ Andrew W. Hutchison*
     ANDREW M. HUTCHISON
     Attorneys for Defendants, INDEPENDENCE
     REALTY OPERATING PARTNERSHIP, LP;
     INDEPENDENCE REALTY TRUST, INC.;
     INDEPENDENCE REALTY ADVISORS,
     LLC and IRT CARRINGTON
     APARTMENTS OWNER, LLC

### **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of his signature on the document.

Dated: April 9, 2021                                */s/ Michael W. Rupprecht*
                                                    MICHAEL W. RUPPRECHT


**[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 12, 2021


                                                    HONORABLE CHARLES R. BREYER